JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNDELL HENDERSON, | Case No. CV 24-4740 CAS (PVC) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CORRECTIONAL OFFICER D. ROSALES, et al., | |
| Defendants. | |

Pursuant to the Court's Order Granting Plaintiff's Motion for Voluntary Dismissal of the Complaint,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED:  August 12, 2024

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE